**Dismiss and Opinion Filed October 18, 2024**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00514-CV

**GRANT ECKERT, Appellant**
**V.**
**BEYOND FINANCE, LLC, Appellee**

**On Appeal from the 493rd District Court**
**Collin County, Texas**
**Trial Court Cause No. 493-01234-2024**

## MEMORANDUM OPINION

Before Justices Molberg, Breedlove, and Kennedy
Opinion by Justice Molberg

Before the Court in this interlocutory appeal is appellant's October 14, 2024 unopposed motion to dismiss the appeal. The motion indicates that "[t]he trial court has now entered a final judgment (from which [a]ppellant intends to appeal)," and "[a]s a result, there is no longer an interlocutory order from which to maintain this interlocutory appeal." We GRANT the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

240514f.p05

/Ken Molberg/
KEN MOLBERG
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

GRANT ECKERT, Appellant

No. 05-24-00514-CV     V.

BEYOND FINANCE, LLC,
Appellee

On Appeal from the 493rd District
Court, Collin County, Texas
Trial Court Cause No. 493-01234-2024.
Opinion delivered by Justice
Molberg. Justices Breedlove and
Kennedy participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee
BEYOND FINANCE, LLC recover its costs of this appeal from appellant GRANT
ECKERT.

Judgment entered this 18th day of October, 2024.